DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEX PIERRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3543

[April 28, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 14-408CF10A.

Alex Pierre, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***